IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**WANAGET CARABALLO-CEPEDA,**
   **Petitioner**

   v.                                                          **Civil No. 07-2139 (ADC)**

**ROBERTO SANCHEZ-RAMOS,**
   **Respondent**

## **ORDER**

Petitioner Wanaget Caraballo-Cepeda (hereinafter "Caraballo") moves for post-conviction relief on November 30, 2007, seeking to set aside his state conviction and sentence while alleging ineffective assistance of counsel. (**Docket No.1**.)

The matter was referred for disposition to a Magistrate-Judge. The record clearly reflects that since November, 2007 the Court has allocated time and effort to provide petitioner with the process that is due. Leave to proceed in *forma pauperis* was also granted. Petitioner was timely appraised of procedural deficiencies associated to his petition for review. **(Docket No. 9**.) Specifically, petitioner has been instructed to submit necessary documents to supplement his petition, and to provide evidence on whether administrative mechanism have been exhausted.

To date, petitioner has failed to comply with procedural requirements and court order.

Criminal No. 07-2139 (ADC)                                                                                              Page -2-

On June 3, 2008, the Magistrate-Judge issued a Report and Recommendation wherein the dismissal of the Caraballo's petition is recommended. Petitioner, though placed on notice, has failed to submit timely objections to the same or to request an extension of time in which to do so.

Accordingly, the Magistrate-Judge's Report and Recommendation is **ADOPTED** and Caraballo's petition under § 2254 is **DISMISSED**.

**SO ORDERED.**

At San Juan, Puerto Rico, this 19th day of June, 2008.

                                                  S/**AIDA M. DELGADO-COLON**
                                                  **United States District Judge**